UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **PAUL ANDREW KINCHLOE**,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>**JOE BIDEN**,<br><br>　　　　　　Defendant. | 2:22-CV-12722-TGB-CI<br><br><br>**JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan: January 19, 2023.

　　　　　　　　　　　　　　　　KINIKIA ESSEX
　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1